IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02061-PAB-KLM

ROBERT STEVEN DYE,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, on behalf of the State of Colorado and as employer of Steve Bade and Warden Kevin Milyard,
STEVE BADE, individually and as an employee of the Colorado Department of Corrections,
WARDEN KEVIN MILYARD, individually and as supervisor of Steve Bade,
DARIN POOLE, individually and as a former employee of the Sedgwick County Sheriff's Office and Sedgwick County Sheriff,
BOARD OF COUNTY COMMISSIONERS OF SEDGWICK COUNTY, COLORADO, as a governmental entity and the Commissioners thereof,
TOWN BOARD OF THE TOWN OF JULESBURG, as a public entity and as governing members thereof, in their official capacities, and
SEDGWICK COUNTY SHERIFF RAND PECK, individually and as sheriff of Sedgwick County, Colorado,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on State of Colorado Defendants' **Motion for Leave to File Out of Time** [Docket No. 15; Filed August 24, 2012] (the "Motion"). Defendants' responsive pleading was due on August 21, 2012. The Motion seeks an extension until August 28, 2012. The Motion being unopposed by the other parties, Defendants' responsive pleading filed on August 28, 2012 is accepted as timely filed. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#15] is **GRANTED**.

    Dated:  August 29, 2012