IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02061-PAB-KLM

ROBERT STEVEN DYE,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, on behalf of the State of Colorado and as employer of Steve Bade and Warden Kevin Milyard,
STEVE BADE, individually and as an employee of the Colorado Department of Corrections,
WARDEN KEVIN MILYARD, individually and as supervisor of Steve Bade,
DARIN POOLE, individually and as a former employee of the Sedgwick County Sheriff's Office and Sedgwick County Sheriff,
BOARD OF COUNTY COMMISSIONERS OF SEDGWICK COUNTY, COLORADO, as a governmental entity and the Commissioners thereof,
TOWN BOARD OF THE TOWN OF JULESBURG, as a public entity and as governing members thereof, in their official capacities, and
SEDGWICK COUNTY SHERIFF RAND PECK, individually and as sheriff of Sedgwick County, Colorado,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Unopposed Motion for Leave to Amend Answer** [Docket No. 42; Filed December 10, 2012] (the "Motion") submitted by Defendants Darin Poole, Sedgwick County Sheriff Randy Peck, the Board of County Commissioners of Sedgwick County, Colorado, and the Town Board of the Town of the Town of Julesburg (collectively the "County and Town Defendants").  The County and Town Defendants seek to add an affirmative defense and thus request leave to file an amended answer.  The Motion being unopposed,

    IT IS HEREBY **ORDERED** that the Motion [#42] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept the County and Town Defendants Amended Answer [#42-1] for filing as of the date of this Order.

    Dated:  December 11, 2012